UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1943 (PAM/JGL)

CODY ROWAN, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one to two days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to May 1, 2002;

3. Plaintiffs shall disclose all expert witnesses, including reports, by July 1, 2002; Defendant shall disclose all expert witnesses, including reports, by August 1, 2002;

4. The period during which the parties may seek discovery shall be completed by September 1 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to October 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to November 1, 2002; and

7. This case will be considered "ready for trial" as of December 1, 2002.

DATED: April 3, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK