UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cody Rowan and Amanda Rowan, minors, by their mother and natural guardian, Sandra Rowan,

Plaintiffs,

vs.

Hartford Life and Accident Insurance Company,

Defendant.

File No.: 01-CV-1943 PAM/JGL

**ORDER FOR DISMISSAL WITH PREJUDICE**

WHEREAS, the above-entitled matter having been fully settled, pursuant to the attached Stipulation of Dismissal with Prejudice executed by counsel, **IT IS ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: August 15, 2002

Honorable Paul A. Magnuson
United States District Court Judge

FILED AUG 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 19 2002
DEPUTY CLERK

305356-1